## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| LILLIAN ANAYA and MEL ANAYA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.  CIV 06-476 JB/KBM |
| | ) | |
| CBS BROADCASTING, INC., | ) | |
| SHARYL ATTKISSON, | ) | |
| EMMIS COMMUNICATIONS, CORP., | ) | |
| AMP PARTS AND PERFORMANCE, a | ) | |
| division of TRI-CITY AUTO SALES, | ) | |
| INC., and THOMAS THOMPSON in his | ) | |
| official and individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Lillian and Mel Anaya and Defendants CBS Broadcasting Inc., Emmis Communications, Corp., and Sharyl Attkisson have filed a Joint Motion for Dismissal With Prejudice.  Pursuant to the joint motion, the Court hereby

**ORDERS** that all claims and causes of action asserted in this action by Lillian and Mel Anaya against Defendants CBS Broadcasting Inc., Emmis Communications, Corp., and Sharyl Attkisson are hereby dismissed with prejudice; and

**ORDERS** that this case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

**AGREED AND APPROVED:**


/s/ Michael L. Raiff
Michael L. Raiff
Thomas S. Leatherbury
Marc A. Fuller
Vinson & Elkins L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201-2975

John B. Pound
Long, Pound & Komer P.A.
2200 Brothers Road
P.O. Box 5098
Santa Fe, New Mexico  87502-5098

Attorneys for defendants CBS Broadcasting
Inc., Sharyl Attkisson, and Emmis Communications, Corp.


/s/ John W. Boyd
John W. Boyd
Michael L. Goldberg
Freedman, Boyd, Hollander
 Goldberg Ives & Duncan, P.A.
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102

Todd M. Lopez
Lopez & Sakura LLP
P.O. Box 2246
Santa Fe, New Mexico 87504-2246

Jesse A. Boyd
Attorney at Law
P.O. Box 9306
Santa Fe, NM 87504

Attorneys for plaintiffs Lillian Anaya
and Mel Anaya